

2003 Decisions

**Opinions of the United
States Court of Appeals
for the Third Circuit**

10-21-2003

# Morton Intl Inc v. AE Staley Mfg Co

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-4259

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Morton Intl Inc v. AE Staley Mfg Co" (2003). *2003 Decisions.* Paper 196.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/196

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed October 21, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-4259

MORTON INTERNATIONAL, INC.; VELSICOL CHEMICAL
CORPORATION; NWI LAND MANAGEMENT CO.; FRUIT
OF THE LOOM, INCORPORATED,

v.

A.E. STALEY MANUFACTURING COMPANY; AIRCO
INDUSTRIAL GASES, a/k/a AIR REDUCTION COMPANY,
INC., f/k/a AIRCO, INC.; ALLIED CHEMICAL
CORPORATION; ALUMINUM COMPANY OF AMERICA
(ALCOA); AMERICAN CYANAMID COMPANY; ARMSTRONG
WORLD INDUSTRIES, INC.; ARSYNCO, INC.; BAILEY
CONTROLS CO., f/k/a BAILEY METER COMPANY;
BECTON-DICKINSON & CO., INC.; BELFORT
INSTRUMENT CO.; BELMONT METALS, INC., f/k/a
BELMONT SMELTING & REFINING WORKS, INC.;
CANADIAN GYPSUM COMPANY, LTD.; CANRAD, INC.,
(c/o Canrad Precision Industries, Inc.); CIBA-GEIGY
CORPORATION; COLUMBIA UNIVERSITY; CONOPCO,
INC., (Cheeseborough Ponds U.S.A. Co. Division); COSAN
CHEMICAL CORP.; CROUSE HINDS SEPCO
CORPORATION, f/k/a CONNECTICUT INTERNATIONAL;
CROWN ZELLERBACH CORP., a/k/a JAMES RIVER
CORPORATION OF NEVADA; CURTISS-WRIGHT; D.F.
GOLDSMITH CHEMICAL & METAL CORPORATION; DAY
& BALDWIN, f/k/a C-P PHARMACEUTICALS, INC.;
DIAMOND SHAMROCK CHEMICALS COMPANY, a/k/a
OCCIDENTAL ELECTROCHEMICALS CORPORATION;
DOW-CORNING CORPORATION; DURA ELECTRIC LAMP
CO., INC.; DURACELL, INC., (as successor to Mallory
Battery Co., Inc.); E.I. DUPONT DE NEMOURS & CO.;

EASTERN SMELTING & REFINING CORP.; EAGLEHARD MINERALS AND CHEMICALS CORPORATION; ENVIRONMENTAL CONTROL SYSTEMS; EXXON CORPORATION; FEDERAL AVIATION ADMINISTRATION; GARFIELD BARING CORPORATION, f/k/a GARFIELD SMELTING & REFINING CO.; GENERAL ELECTRIC COMPANY; GENERAL COLOR CO., INC.; GENERAL SIGNAL CORPORATION; GILMARTIN INSTRUMENT CO.; HARTFORD ELECTRIC SUPPLY COMPANY, INC.; HENKEL CORPORATION; HOFFMAN-LAROUCHE, INC.; HUDSAR, INCORPORATED; INMAR ASSOCIATES, INC.; INMAR REALTY, INC.; INTERNATIONAL NICKEL, INC.; J.M. NEY COMPANY; K.E.M. CHEMICAL COMPANY; KOPPERS, a/k/a BEAZER EAST, INC.; MAGNESIUM ELEKTRON, INC.; MARVIN H. MAHAN; MALLINCKRODT CHEMICAL, INC.; MARISOL, INC.; MERCK & CO., INC.; MERCURY ENTERPRISE, INC., f/k/a MERCURY INSTRUMENT SERVICE; MINNESOTA MINING AND MANUFACTURING COMPANY; MOBIL OIL CORPORATION; MT. UNION COLLEGE; M.W. KELLOGG CO.; NATIONAL LEAD COMPANY, (Goldsmith Brothers Division); NEPERA, INC.; NEW ENGLAND LAMINATES CO., INC.; NEW JERSEY INSTITUTE OF TECHNOLOGY, f/k/a NEWARK COLLEGE OF ENGINEERING; NEW YORK CITY TRANSIT AUTHORITY; NORTHEAST CHEMICAL CO., (Northeast Chemical & Industrial Supply Co., Inc.); OCCIDENTAL CHEMICAL CORPORATION, (as successor to Diamond Shamrock Chemical Co., formerly Diamond Shamrock Corporation); OLIN CORPORATION, f/k/a OLIN MATHIESON CHEMICAL CORPORATION; PEASE & CURREN, INC.; PFIZER, INC.; PSG INDUSTRIES, INC., f/k/a PHILADELPHIA SCIENTIFIC GLASS, INC.; PHILLIPS & JACOBS, INC.; PUBLIC SERVICE ELECTRIC & GAS, (PSE&G); PURE LAB OF AMERICA; RANDOLPH PRODUCTS COMPANY; RAY-O-VAC DIVISION OF ESB, INC., (ESB, INC.); REDLAND MINERALS LIMITED; RHONE-POULENC, INC., f/k/a ALCOLAC CHEMICAL COMPANY/GUARD CHEMICAL COMPANY; ROYCE ASSOCIATES, f/k/a ROYCE CHEMICAL; RUTGERS, THE STATE UNIVERSITY; SCIENTIFIC CHEMICAL PROCESSING, INC.; SCIENTIFIC CHEMICAL TREATMENT CO., INC.; SCIENTIFIC, INC.; SEAFORTH MINERAL & ORE CO.; SPARROW REALTY, INC.; STATE UNIVERSITY

OF NEW YORK AT BUFFALO, (S.U.N.Y.A.B.);
SYLVANIA/GTE; TENNECO, INC.; TRANSTECH
INDUSTRIES, INC.; UEHLING INSTRUMENT CO., INC.;
UNION CARBIDE CORPORATION; UNIVERSAL OIL
PRODUCTS CO.; UNIVERSITY OF ILLINOIS; UNIVERSITY
OF MINNESOTA; VAR-LAC-OID CHEMICAL COMPANY,
INC.; W.A. BAUM CO., INC.; WAGNER ELECTRIC
COMPANY; WESTERN MICHIGAN UNIVERSITY;
WESTINGHOUSE ELECTRIC CORPORATION; JOHN DOE
1-100; GEROLD C. THOMPSON, ESQ.; GEORGE VAN
CLEVE, ESQ.; THE CONNECTICUT LIGHT AND POWER
COMPANY, f/k/a HARTFORD ELECTRIC LIGHT
COMPANY; GTE OPERATIONS SUPPORT INCORPORATED;
ALLIEDSIGNAL, INC.; BEAZER EAST, INC.; JERSEY CITY
MANAGEMENT, INC.; MICHAEL RODBURG, Site
Defendants Liasion Counsel; ASHLAND CHEMICAL CO., a
Division of Ashland Oil, Inc.; BASF CORPORATION, and
as successor to Wyandotte Chemical Corp., a/k/a
INMONT CORPORATION; FMC CORPORATION

Morton International, Inc.,

Appellant

–––––––––

On Appeal from the United States District Court
for the District of New Jersey

District Court Judge: Honorable Katherine S. Hayden
(D.C. No. 96-cv-03609)

–––––––––

Argued on July 21, 2003

Before: FUENTES, SMITH, and GREENBERG,
*Circuit Judges.*

(Opinion filed September 16, 2003)

–––––––––

**ORDER AMENDING OPINION**

–––––––––

The opinion in the above case is hereby amended as
follows:

4

1. On page 4, list additional counsel for Appellant as follows:

   Gerald P. Norton, Esquire
   Norton, Harkins Cunningham
   Suite 600
   801 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2615

/s/ Julio M. Fuentes
Circuit Judge

Dated: 21 October 2003

A True Copy:
   Teste:

*Clerk of the United States Court of Appeals
for the Third Circuit*